IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-40-BLG-SPW-TJC |
|---|---|
| Plaintiff, | |
| vs. | **ORDER VACATING CHANGE OF PLEA HEARING** |
| CLAYTON JAMES EDWARDS, | |
| Defendant. | |

Defendant has filed an Unopposed Motion to Vacate the Change of Plea Hearing. (Doc. 26.) Accordingly, IT IS ORDERED that the change of plea hearing set for July 17, 2018, at 10:00 a.m. is VACATED.

DATED this 17th day of July, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge